**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JAMES E. HORVATH                                                                    PETITIONER

VS.                                          4:07CV00157 WRW/JTR

JAY WINTERS,
Sheriff, Pope County, Arkansas                                                RESPONDENT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 17th day of October, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE